UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Claritte Quattlebaum,

    Plaintiff,

        v.                                   Case No. 1:10cv399

Commissioner of Social Security,        Judge Michael R. Barrett

    Defendant.

### ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 15, 2011. (Doc. 18.)

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R have been filed.

Having reviewed this matter *de novo* pursuant to 28 U.S.C. § 636, this Court finds the Magistrate Judge's R&R to be correct. Accordingly, it is **ORDERED** that the August 15, 2011 R&R of the Magistrate Judge (Doc. 18) is hereby **ADOPTED**:

    1.    This case be **REVERSED and REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g); and

    2.    This matter shall be **ADMINISTRATIVELY CLOSED**.

    **IT IS SO ORDERED.**

                                                      */s/ Michael R. Barrett*
                                                      Michael R. Barrett
                                                      United States District Judge